

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00052-CV

Ex Parte Sharyn Sue Hyde

On Appeal from the
425th Judicial District Court of Williamson County, Texas
Trial Cause No. 16-0425-C425

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment that judgment denying Hyde's petition for expunction. Costs of the appeal are adjudged against appellee, Sharyn Sue Hyde.

We further order this decision certified below for observance.

June 21, 2018